DANA, Respondent, v. DANA, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Harold E. Dana against Gladys E. Dana. No opinion. Interlocutory judgment affirmed, without costs.

DAVIES, Appellant, v. CORNING & P. P. ST. RY., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Charles M. Davies against the Corning & Painted Post Street Railway. No opinion. Order reversed, and motion denied, with costs. *Held*, that the defendant was guilty of inexcusable laches, and the motion should have been denied upon that ground. See, also, 164 App. Div. 923, 149 N. Y. Supp. 1077.

DAVIS et al., Respondents, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Earl J. Davis and another against the International Railway Company. No opinion. Judgment (89 Misc. Rep. 489, 152 N. Y. Supp. 88) affirmed, with costs. See, also, 152 N. Y. Supp. 1106; 154 N. Y. Supp. 1118.

DAVIS et al., Appellants, v. INTERNATIONAL R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Earl J. Davis and another against the International Railway Company.

PER CURIAM. Order affirmed, without costs and without prejudice to a renewal of the application in the event that the Court of Appeals shall set aside the stay. Held, that the Associate Judge of the Court of Appeals had authority to grant a stay. Whether the order was improvidently granted is a question which this court should not determine. See, also, 154 N. Y. Supp. 1118.

DAY et al., Respondents, v. CITY OF DUNKIRK, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Edmund Day and others against the City of Dunkirk. No opinion. Judgment (in 86 Misc. Rep. 266, 148 N. Y. Supp. 299) affirmed, with costs, upon the opinion of Wheeler, J., delivered at Special Term.

DEEBACH, Respondent, v. ROBERT GAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Lisette Deebach, as administratrix, etc., of Charles C. Deebach, against the Robert Gair Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the trial court erred in submitting to the jury, as a specification of defendant's negligence, the question of defendant's employés having had and followed the custom of leaving the elevator doors open, because there was no evidence tending to establish that such custom was a proximate cause of this accident, also upon the ground that that court erred in submitting to the jury the ordinance as a command to the defendant to have such doors closed upon the occasion of the accident, because

such ordinance did not apply to this case, as the elevator shaft here was inclosed with brick walls and fireproof doors. See, also, 151 N. Y. Supp. 1112.

THOMAS, J., dissents on the first ground only.

DE FOREST, Respondent, v. ALLEN & ARNINK AUTO RENTING CO., Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Helen De Forest, an infant, etc., against the Allen & Arnink Auto Renting Company. R. D. Fuller, of New York City, for appellant. L. Boehm, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DE HART et al., Appellants, v. FORMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Mary De Hart and others against George V. Forman and others. No opinion. Order reversed, with $10 costs and disbursements, and motion granted upon payment of the costs accrued subsequent to the service of notice of trial.

DEMUTH, Respondent, v. KEMP et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Jeanette Demuth against Arthur T. Kemp and others. A. S. Andrews, of New York City, for appellants. J. S. McDonogh, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 154 N. Y. Supp. 1118.

DEMUTH, Respondent, v. NEW YORK LIFE INS. & TRUST CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Jeanette Demuth against the New York Life Insurance & Trust Company, as trustee, etc., impleaded with others. A. S. Andrews, of Owego, for appellant. J. S. McDonogh, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 154 N. Y. Supp. 1118.